UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION



FILED
CLERK, U.S. DISTRICT COURT

5/06/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___RO___ DEPUTY

FEE PAID

2:21-cv-04180-MCS-(PDx)

<u>COMPLAINT</u>

I/S

NO CV-30

Plaintiff Teresita A. Canuto hereby states that this lawsuit
is a new case that I wanted to be filed at the U.S. District Court
Central District of California, Western Division. Plaintiff files
this civil lawsuit against Defendant Eric Garcetti, Mayor of City
of Los Angeles, CA, the cause of action was due to Tort, Restate-
ment Sec 431 Breached of Duty of Care that cause harm to plaintiff.

<u>FACTS OF THE CASE:</u>

1) That plaintiff seeks damages due to non-stopped rape or
   sexual assaults intentionally inflicted and planned to
   her by mass of unknown men/residents of San Fernando Valley
   and Los Angeles County and other itinerants they have
   included  to massively rape the plaintiff that began on
   November 2014 and continued until at present 2021.

2) That due to tort, defendant's negligent conduct is a leg al
   cause of harm to plaintiff because of defendant's omissi on
   to act is a substantial factor in bringing about the
   harm or destruction of plaintiff. Restatement, Sec 431.
   Defendant is negligent because he did not know that a
   network of sexual attackers are present in this county
   as evident by non-stopped rape for more than six years
   already did to plaintiff and they are unlawfully inva-
   ding the interest protected as to person (interest pro-
   tected are freedom from contact (battery), freedom from
   apprehension (sexual assault) and freedom from distress
   (infliction of emotional distress) and trespass to pro-
   perty of plaintiff.(28 U.S.C. & 1343)

1

3) That plaintiff was a naturalized american citizen and a resident for more than 20 years in San Fernando Valley, Los Angeles County. Plaintiff was a graduate of B.S. Business Administration (BSBA) but I decided to study nursing to landed a more stable job. Plaintiff studied in Burbank, CA and graduated on 2010 and become a licensed vocational nurse (LVN). Plaintiff works as a nurse in a one-on-one patient homehealth setting.

4) That plaintiff was married for 21 years to her husband and lives with her husband and 20 year old son who is a student of an on-line course.

5) That plaintiff belongs to a regular employee of a home-health company and like everybody else busy in attending patients assigned to provide the care they needed. Then for unknown reason to plaintiff, on November 2014 I was raped in the house of my patient but I don't know who was the attacker because I fell in deep sleep. Plaintiff big toe was cut deep (2 cuts made)(See Ex. IV) by the sexual attacker.

6) That because of the incident plaintiff decided to stopped working in that patient (disabled child) and stayed at home to recuperate from the sexual assault but I was massively began to be rape inside my apartment at 14254 Roscoe Blvd. #5, Panorama City, CA 91402. But plaintiff don't know who were the rapists because we are all put to deep sleep (me, husband and son). We moved to a new residence at 9500 Zelzah Avenue M242, Northridge, CA but the non-stopped rape also happened to me in that apartment complex and I was frequently inflicted with cuts/laceration and bruise in body parts. We moved to a small house I rented at 9406 Gothic Avenue, Nordhoff, CA but I was severely raped and battered in this small house I have rented of which the attackers frequently pinprick (injection) in plaintiff's buttock, finger, arm to feel numbed a day or

after the second day plaintiff can feel the severe
penetration and hurt inside the tissue (perineal
area), while the cuts/laceration in skin continues
inflicted by the attacker. We moved again to new re-
sidence and rented in an apartment at 8101 Langdon
Ave #30, Van Nuys, CA 91406 but I was followed and
severely raped here too no matter the protection did
to prevent the breach of my apartment and plaintiff
cannot discover where the sexual attacker enters or
pass through. Plaintiff also tailgated before and after
each sexual assaults.

7) That same things happened as observed by plaintiff,
the sexual attacks coincides with the arrival of visi-
tors mostly men in the neighborhood of which the area
will be filled with cars and gone after plaintiff was
raped. If the court would check the current residence
of plaintiff, there were previous outsiders/visitors
that came in here mostly men and stayed of which the
tenant's parking space were given on them to park his
or their cars. Their presence coincides with the dates
plaintiff was sexually assaulted alleged. (a camera
installed in the front gate of the gated community)

8) That the sexual attacker enjoys inflicting cuts in plain-
tiff's skin/flesh (see Ex. IV,V). Hematoma (tissue in-
jury/bruise) after the rape resulted to plaintiff's
body (see Ex. I pg 2, Ex.III, Ex. IV) Plaintiff also
become ill after the rape in the morning I wake up and
has a severe headache. At one time, the effect of sexual
assault plaintiff cannot sit properly in a chair due
pain/hurt in the buttocks.

9) That after plaintiff initially raped on November 2014
and the attacks continued on weekly basis I filed a

complaint of sexual assault at WA,DC and the following
were the cases - 15-410C Canuto v. U.S.; 16-cv-02282
Canuto v. Carter; 19-5186 Canuto v. Troy  Alexander et
al; 20-5016 Canuto v. Pelosi et al. Plaintiff filed
these lawsuits for a cause because I was aggravated. And
plaintiff don't understand and don't know the reason
why she was massively sexually attacked and who was gi-
ving the orders to rape plaintiff in a scheduled basis
that reached up to more than six years and never stopped
until now? Unknown men massively raped and tagged along
frequently whenever I'm driving outside going to work.

10) That in all these cases mentioned above, plaintiff did
not won the case/s because the defendants, court did not
believed I was rape and battered despite evidences of
injuries submitted in the court. Plaintiff accepted her
loses and decided to continue live peacefully. After
the cases ended, plaintiff still continued to be rape
her residence breached  until pandemic (covid-19) came
in but sexual assaults continued. I cannot do anything
anymore to stopped it. I just hope eventually it would
stop. Plaintiff, husband and son cannot leave the place
due to covid-19. Weekly plaintiff being sexually attack
and felt penetrated upon waking up and can also smell
the remnants of the rubberized condom used by the atta-
cker upon cleaning up of the perineal area of plaintiff
visible also the bruise (cyanosis) in leg or thigh after
sexual assault (see Ex. I pg 2).

11) That on April 13, 2021 plaintiff was attacked sexually
while in deep sleep and the attacker also stole a copy
of plaintiff's second invention filed at the USPTO.
Each attackers frequently also robbed plaintiff's per-
sonal belongings such as her Guess watch. Plaintiff did
created ideas or inventions during the pandemic which

4

were as follows:

1) First invention – Rotor tower blades that capture $CO_2$ (application #16/602,545 filed 10/28/19)

2) Second invention – Water turbine that capture ionic surfactants of the water from polluted rivers and seas using _____ based activated carbon for purification (application# 16/873,801, filed 7/13/2020)

3) Third invention – Nanostructured-carbon-base-material using _____ based activated carbon nanotube (application # 16/873,848 filed 7/27/2020)

4) Fourth invention – _____nanosheet: catalyst for cathode oxygen reduction of seawater to generate hydrogen using photocatalytic water splitting (application # 17/300,125 filed 3/18/2021)

5) Fifth invention – on-going

12) That as stated by plaintiff, she cannot understand why the rape and batteries never stopped hundreds of of men have destroyed plaintiff already and still they enjoy inflicting cuts/laceration to plaintiff's skin/flesh continuously.

WHEREFORE, for these above reasons plaintiff requests for a trial by jury to recover for damages for injuries and destruction did to plaintiff against the defendant Mayor Eric Garcetti due to his breach of duty of care primarily on imposing policy that would prevent the networking of sexual attackers engaged in in the wrongful activities that does sexual assaults and batteries to person like the plaintiff within the jurisdiction of his county.

That because of the defendant's negligence because he did not
know the presence of network of individuals who are sexual
attackers in his county defendant's omission to act because of
negligence cause harm to plaintiff and destruction of plaintiff.

RELIEF

Plaintiff have read that in a rape case, a plaintiff or
victim of rape can recover for damages in the amount of $20 Million.
Plaintiff respectfully requests as a relief to grant the amount
of ONE BILLION SEVEN HUNDRED MILLION DOLLARS ($1.7 Billion) be-
cause plaintiff was rape or sexually abused 87 times by men since
the beginning of January 2019 until April 2021 during her resi-
dency at the Los Angeles County, Los Angeles, California.

Date: May 5, 2021                    Respectfully submitted,

                                     TERESITA A. CANUTO
                                     Pro Se
                                     8101 Langdon Ave #30,
                                     Van Nuys, CA 91406
                                     Tel (747)235-7111

## Table of Content

|   |   | page/s |
|---|---|---|
| I. | Exhibit I<br>Proof of injuries inflicted by<br>the sexual attackers on 2021 | 1-4 |
| II. | Exhibit II<br>Plaintiff's estimated dates sexual<br>attackers attacked on year 2019,<br>2020 and 2021 | 5-6 |
| III. | Exhibit III<br>Proof of previous injury inflicted by<br>sexual attacker | 7-8 |
| IV. | Exhibit V<br>Proof of previous injuries inflicted<br>by the attacker during sexual assaults<br>to plaintiff on 2014 and 2015 | 9-15 |

EXHIBIT I

PROOF OF INJURIES INFLICTED BY
THE SEXUAL ATTACKERS ON 2021



Plaintiff was rape and the attacker also
cut twice the skin of plaintiff's finger
on Feb. 19, 2021  at her apartment, 8101 Langdon
Ave #30, Van Nuys, CA 91406.



Bruise at the back of upper leg
after sexual assault did to plaintiff
on March 3, 2021 at her apartment, 8101 Langdon
Ave #30, Van Nuys, CA 91406.



Even plaintiff's son skin was inflicted Jan. 20,2020
with cuts by the trespasser. My son
complain that his back was itchy and when
look on it I saw these so many cuts in
his skin. Plaintiff was also inflicted with
this kind of cuts in her skin by the attacker.

3



A closer look of the skin cuts done
to my son's back by the attacker.
The attacked happened at 8101 Langdon Ave #30,
Van Nuys, CA 91406

4

<u>EXHIBIT II</u>

PLAINTIFF'S ESTIMATED DATES
SEXUAL ATTACKERS ATTACKED
YEAR 2019, 2020, 2021

## DATES PLAINTIFF SEXUALLY  ASSAULTED

### 2019

January 10
February 3,17,28
March 11,18,29
April 5,24
May 3,12,15,19,31
June 3,7,9,16,20,24,29
July 9,24
August 1,8,11,20.27
September 8,24
October 23,29
November 1,7,11,14,28
December 4,7,16,20,22,25

### 2020

January 8,21,31
February 11,18,24
March 6,11,25,29
April 6,20
May 6,21,29
June 2,9,11,21,24
July 12,20,27
August 26,31
September 11,22,28
October 12,25
November 4,15,18,21,28
December 29

### 2021

January 8,11
February 4, 19
March 3 ,28
April 13,19

<u>EXHIBIT  III</u>

PROOF OF PREVIOUS INJURY
INFLICTED BY SEXUAL ATTACKER
2016



Proof of tissue injury after plaintiff
was rape in her residence on 2016
at 9406 Gothic Avenue, Nordhoff, CA
 left leg with cyanosis(hematoma)

EXHIBIT IV

PROOF OF PREVIOUS INJURIES
INFLICTED BY THE ATTACKER DURING
SEXUAL ASSAULTS TO PLAINTIFF
ON 2014 and 2015



Deep cuts or laceration was inflicted
to the toe of the plaintiff on Nov. 2014
sexual assault (initial rape) at patient's
house.



Plaintiff was sexually assaulted on March 5, 2015.
 Bruise or tissue injury inflicted by the attacker.
The attack happened at 14254 Roscoe Blvd #5, Pano-
rama City, CA 91402.



A closer view of tissue injury (bruise) right leg, as a result of sexual assault to plaintiff on March 5, 2015 at 14254 Roscoe Blvd #5, Panorama City, CA 91402.



Bruise from sexual assault made to plaintiff on March 5, 2015. Right anterior leg happened at 14254 Rocose Blvd #5, Panorama City, CA 91002.



Bruise (tissue injury) left leg due
to sexual assault made to plaintiff
on March 5, 2015. at 14254 Roscoe Blvd #5,
Panorama City, CA 91402.



Cuts to arms made by the attacker when plaintiff
was sexually assaulted in her residence at 14254 Roscoe
Blvd. #5, Panorama City, CA 91402



**FROM:**

TERESITA CAMATO
8101 LANGDON AVE #20,
VAN NUYS, CA
91406

CV

**TO:**

United States District Court
Central District of California
Western Division
255 E. Temple St., Room
180, Los Angeles, CA
90012

MAY - 6 2021

PRIORITY MAIL

**PRIORITY® MAIL**

...rance (restrictions apply).*
...ternational destinations.

...rm is required.

...e exclusions see the
...y and limitations of coverage.

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

**P** US POSTAGE PAID
**$7.95**
Origin: 91402
06/00/27
0581150402-89

PRIORITY MAIL 1-DAY®
1 Lb 5.20 Oz
1006

EXPECTED DELIVERY DAY: 05/06/21

C032

SHIP
TO:
255 E TEMPLE ST
Los Angeles CA 90012-3332

USPS TRACKING® #

9505 5162 1437 1125 4588 86

**ONE RATE ■ ANY WEIGHT**

**TRACKED ■ INSURED**

EP14F May 2020
OD: 12 1/2 x 9 1/2

PS00001000014

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.