**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TERESITA A. CANUTO, | Case No. 2:21-cv-04180-MCS-PD |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| ERIC GARCETTI, | |
| Defendant. | |

    Pursuant to this Court's Order Dismissing Action for Lack of Subject-Matter Jurisdiction,

    IT IS ADJUDGED that this action is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: June 3, 2021

                                    MARK C. SCARSI
                                    UNITED STATES DISTRICT JUDGE